UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **Crim No.** |
| v. | : | |
| | : | |
| PATRICE L. LIGGON, | : | |
| | : | **VIOLATION: 18 U.S.C. § 656** |
| Defendant. | : | **(Bank Embezzlement)** |

**I N F O R M A T I O N**

The United States informs the Court**:**

**COUNT ONE**

I.     Introduction

At all times material to this Information:

    1. SunTrust Bank was a financial institution operating in the District of Columbia with deposits insured by the Federal Deposit Insurance Corporation.

    2. From in or about January 2007 to on or about June 20, 2007, the defendant PATRICE LIGGON was employed as a teller at SunTrust, located at 2240 M Street, N.W., Washington, D.C.

    3. The defendant PATRICE LIGGON's responsibilities at SunTrust consisted primarily of servicing customers as a teller.

    4. In order to complete her duties as a teller, the defendant PATRICE LIGGON had access to cash in her teller drawer.

II.     Embezzlement Scheme

    5. From on or about April 2007 to on or about June 20, 2007, in the District of Columbia, the defendant PATRICE LIGGON embezzled money from SunTrust by periodically taking cash from her teller drawer.  As part of her scheme, defendant would prevent the detection of her thefts

by falsifying the amount of money in her cash drawer by recording falsely the amounts and the denominations that were in her drawer.

6. From on or about April 2007 to in or about June 20, 2007, within the District of Columbia, the defendant PATRICE LIGGON being an employee of SunTrust, with the intent to injure and defraud SunTrust, an institution whose deposits are insured by the Federal Deposit Insurance Corporation did knowingly and willfully embezzle, abstract and purloin monies and funds belonging to SunTrust and pledged and otherwise entrusted to its care.

**(Bank Embezzlement, in violation of l8 U.S.C. § 656).**

JEFFREY A. TAYLOR
United States Attorney

By: _____
ANTHONY M. ALEXIS
Assistant United States Attorney
D.C. Bar # 384545
United States Attorneys Office
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-9416