CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 07-239 (PLF) |
| | ) | |
| PATRICE L. LIGGON | ) | Category A |
| | ) | |

**REASSIGNMENT OF CRIMINAL CASE**

The above-entitled case was reassigned on <u>September 26, 2007</u> from <u>Judge Henry H. Kennedy, Jr.</u> to <u>Judge Paul L. Friedman</u> by direction of the Calendar Committee.

(Case randomly assigned)

<u>ELLEN SEGAL HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:  <u>Judge Friedman</u> & Courtroom Deputy
<u>Judge Kennedy</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Criminal Case Processing Clerk
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk