UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 07-239 (PLF) (DAR) |
| v. : | |
| : | |
| PATRICE L. LIGGON, : | |
| : | Next Date: October 17, 2007 |
| Defendant. : | |

### UNITED STATES' MEMORANDUM IN AID OF PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits its Memorandum in Aid of Plea Hearing, currently scheduled in the above-captioned case for October 17, 2007 at 2:00 p.m.

**I.   ELEMENTS OF THE OFFENSE:**

The essential elements of misapplication under 18 U.S.C. § 656 are: (1) the accused must be a covered person, i.e., an officer, director, agent, employee of or connected in any capacity with (2) a particular Federally connected institution, and (3) the accused must willfully misapply monies, funds or credits of or entrusted to such institution (4) with the intent to injure or defraud the institution.  See United States v. Brock, 833 F.2d 519, 522 (5th Cir. 1987).

**II.   COPY OF THE PLEA AGREEMENT:**

A copy of the defendant's plea agreement that has been executed by the defendant and defendant's counsel is attached.

**III.   PENALTIES:**

The statutory penalties for misdemeanor embezzlement, or misapplication by a bank officer or employee, in violation of 18 U.S.C. § 656, are a maximum sentence of 1 year of imprisonment; a fine of $1,000,000 or a fine of twice the pecuniary gain or loss pursuant to 18

U.S.C. § 3571(d); a $100 special assessment; a 5-year term of supervised release; and an order of restitution and obligation to pay any applicable interest or penalties on fines or restitution not timely made.

**IV.     STATEMENT OF THE OFFENSE IN SUPPORT OF THE GUILTY PLEA:**

A copy of the Statement of Offense that has been acknowledged by the defendant and defendant's counsel is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


By:    _____/s/_____
       TIMOTHY J. KELLY
       Assistant United States Attorney
       Bar No. 462459
       Federal Major Crimes Section
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 353-8822

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the United States' Memorandum in Aid of Plea Hearing was served upon counsel of record for the defendant, Federal Public Defender David Bos, Esq., 625 Indiana Avenue, NW, Washington, D.C., 2004, this 12th day of October, 2007.

/s/
_____
TIMOTHY J. KELLY



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

August 21, 2007

David Bos, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

      Re:    United States v. Patrice Liggon
              USAO# 2007R01365

Dear Mr. Bos:

      This letter sets forth the full and complete plea offer to your client, Patrice Liggon, from the Criminal Division of the United States Attorney's Office for the District of Columbia (hereinafter also referred to as "the Government" or "this Office"). **This plea offer will expire on September 14, 2007.** If your client accepts the terms and conditions of this offer, please have your client execute this document in the space provided below. Upon receipt of the executed document, this letter will become the Plea Agreement. The terms of the offer are as follows:

**Charges and Statutory Penalties**

      Your client agrees to plead guilty to a one count information charging her with misdemeanor embezzlement, or misapplication by bank officer or employee, in violation of 18 U.S.C. § 656.

      Your client understands that pursuant to 18 U.S.C. § 656, the charge carries a maximum sentence of 1 year of imprisonment, a fine of $1,000,000 or a fine of twice the pecuniary gain or loss pursuant to 18 U.S.C. § 3571(d), a $100 special assessment, and a 5 year term of supervised release, an order of restitution, and an obligation to pay any applicable interest or penalties on fines or restitution not timely made.

      In consideration of your client's plea to the above offense, your client will not be further pro ecuted criminally by this Office for the conduct set forth in the attached Statement of Offense.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Mag. No. |
| v. : | |
| : | |
| **PATRICE L. LIGGON,** : | |
| : | **VIOLATION: 18 U.S.C. § 656** |
| **Defendant.** : | **(Bank Embezzlement)** |

STATEMENT OF THE OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Patrice L. Liggon, hereby submit this Statement of the Offense.

At all times relevant to this case, SunTrust Bank (SunTrust) was a national financial institution which had branches located in the District of Columbia. SunTrust Bank's deposits were insured by the Federal Deposit Insurance Corporation.

In or about January of 2007 defendant Patrice Liggon was hired as a teller employed to work at SunTrust at its District of Columbia Branch on 2240 M Street, N.W. As part of Patrice Liggon's duties, defendant was to maintain a cash drawer from which she would cash checks, make deposits, and similar transactions with citizens, customers and businesses which have deposits at SunTrust. At the end of her shift, defendant was required to record the amount of money that was in her cash drawer in an electronic journal. This included detailing the amount of money and the denominations she had recorded.

On or about June 20, 2007, the branch manager of SunTrust conducted an unannounced audit of defendant Patrice Liggon's assigned cash drawer. At the time of the audit, members of SunTrust determined that Patrice Liggon had removed $18,749.00 in cash from the defendant's drawer without the knowledge or permission of SunTrust Bank. On June 19, 2007, defendant