**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

OCT 1 7 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ~~Mag.~~ No. *CR 07-239* NANCY MAYER WHITTINGTON, CLERK |
| v. | : | U.S. DISTRICT COURT |
| | : | |
| PATRICE L. LIGGON, | : | |
| | : | **VIOLATION: 18 U.S.C. § 656** |
| Defendant. | : | **(Bank Embezzlement)** |

## STATEMENT OF THE OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Patrice L. Liggon, hereby submit this Statement of the Offense.

At all times relevant to this case, SunTrust Bank (SunTrust) was a national financial institution which had branches located in the District of Columbia. SunTrust Bank's deposits were insured by the Federal Deposit Insurance Corporation.

In or about January of 2007 defendant Patrice Liggon was hired as a teller employed to work at SunTrust at its District of Columbia Branch on 2240 M Street, N.W. As part of Patrice Liggon's duties, defendant was to maintain a cash drawer from which she would cash checks, make deposits, and similar transactions with citizens, customers and businesses which have deposits at SunTrust. At the end of her shift, defendant was required to record the amount of money that was in her cash drawer in an electronic journal. This included detailing the amount of money and the denominations she had recorded.

On or about June 20, 2007, the branch manager of SunTrust conducted an unannounced audit of defendant Patrice Liggon's assigned cash drawer. At the time of the audit, members of SunTrust determined that Patrice Liggon had removed $18,749.00 in cash from the defendant's drawer without the knowledge or permission of SunTrust Bank. On June 19, 2007, defendant

Patrice Liggon had indicated in her electronic journal that she had $19,813.00 in her cash drawer. On June 20, 2007, the audit of the defendant's cash drawer indicated that she only had $1,064.00 in her cash drawer.

On or about June 20, 2007, the defendant was interviewed by her supervisors at SunTrust. At that time, defendant acknowledged and admitted that while she was employed as a teller at SunTrust bank that she had embezzled and otherwise stolen several thousands of dollars from SunTrust by removing cash from her cash drawer. Defendant admitted that since April of 2007 she had begun removing cash from her drawer and had been falsely recording in her electronic journal that she had amounts in the cash drawer and vault which she did not have . Although she knew she had stolen money from SunTrust she was unsure of the amount and had thought she had only stolen about $2,000.

JEFFREY A. TAYLOR
United States Attorney

By: _____

ANTHONY M. ALEXIS
Assistant United States Attorney
D.C. Bar # 384545
United States Attorneys Office
Federal Major Crimes Section,
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9416

2

**DEFENDANT'S ACKNOWLEDGMENT**

I have read this Statement of the Offense and have discussed it with my attorney, David Bos, Esquire. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 9.14.07

PATRICE LIGGON
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 9.14.07

DAVID BOS, ESQUIRE
Assistant Federal Public Defender
Attorney for Defendant

3