UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Case No: 07-CR-239 |
| | : | |
| v. | : | |
| | : | |
| PATRICE LIGGON | : | |
| | : | |

### ORDER

Upon oral motion of the Government and the defendant, and for good cause shown, it is this 22nd day of October, 2007, hereby ORDERED that the defendant, on October 22, 2007, report to the Metropolitan Police Department's First District Station with Detective Richard Espinoza for the purpose of booking, fingerprinting, photographing and processing on the charge contained in the information against her in the instant case.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

cc:   Timothy J. Kelly, Esq.
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C.  20530

      David Bos, Esq,.
      625 Indiana Avenue, NW
      Washington, D.C.